IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

CHARLES EDWARD STINE                          PLAINTIFF

v.              Civil No. 06- 2180

STATE OF ARKANSAS;
ARKANSAS DEPARTMENT OF
CORRECTION; SEBASTIAN COUNTY
PROSECUTOR'S OFFICE; FORT
SMITH POLICE DEPARTMENT; POLK
COUNTY SHERIFF'S DEPARTMENT;
FORMER ATTORNEY GENERAL MARK
PRYOR; MIKE BEEBE, Attorney General
of Arkansas; NORMAN WILKINSON,
Sebastian County Circuit Court; MICHAEL
WAGONER, Assistant Prosecuting Attorney;
MELANIE MAYNER, Assistant Prosecuting
Attorney; ALFRED FIESCHER, Corporal,
Fort Smith Police Department; LARRY CLARK,
Jail Administrator, Polk County Sheriff's Department;
and CASH HAASER, Deputy Public Defender        DEFENDANTS

## ORDER

Charles Edward Stine has submitted this pro se action for filing. The clerk is directed to file the *in forma pauperis* (IFP) application and complaint. The application to proceed IFP is granted. The matter of service will be determined at a later time.

IT IS SO ORDERED this 13th day of October 2006.

HON. BEVERLY STITES JONES
UNITED STATES MAGISTRATE JUDGE

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
OCT 16 2006
CHRIS R. JOHNSON, CLERK
BY
       DEPUTY CLERK

-1-