```
              IN THE UNITED STATES DISTRICT COURT
                 WESTERN DISTRICT OF ARKANSAS
                       FORT SMITH DIVISION
```

CHARLES EDWARD STINE                                         PLAINTIFF

    v.                    Civil No. 06-2180

STATE OF ARKANSAS; ARKANSAS
DEPARTMENT OF CORRECTION;
SEBASTIAN COUNTY PROSECUTOR'S
OFFICE; FORT SMITH POLICE DEPARTMENT;
POLK COUNTY SHERIFF'S DEPARTMENT; FORMER
ATTORNEY GENERAL MARK PRYOR; ATTORNEY
GENERAL MIKE BEEBE; CIRCUIT JUDGE NORMAN
WILKINSON; PROSECUTING ATTORNEY MICHAEL
WAGONER; ASSISTANT PROSECUTING ATTORNEY
MELANIE MAYNER; CORPORAL ALFRED FIESCHER,
Fort Smith Police Department; LARRY CLARK,
Jail Administrator, Polk County Sheriff's
Department and CASH HAASER, Deputy Public
Defender                                                     DEFENDANTS

## ORDER

    Now on this 21st day of December 2006, there comes on for consideration the report and recommendation filed herein on November 28, 2006, by the Honorable Beverly Stites Jones, United States Magistrate Judge for the Western District of Arkansas. (Doc. 4). Plaintiff filed objections to the report and recommendation (Doc. 5)

    The court has reviewed this case *de novo* and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Plaintiff's complaint is dismissed on the grounds that the claims are frivolous, fail to state claims upon which relief can be granted, and are asserted against individuals immune from suit. *See* 28 U.S.C. § 1915(e)(2)(B)(i)-(iii)(IFP

action may be dismissed on such grounds at any time).

IT IS SO ORDERED.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge